IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOROTHY FERGUSON,<br>on behalf of herself and all others<br>similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ASTRAZENECA PHARMACEUTICALS<br>L.P., ASTRAZENECA LP,<br>ASTRAZENECA AB and<br>AKTIEBOLAGET HÄSSLE,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-cv-392-GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned as counsel for plaintiff, Dorothy Ferguson.

 

PRICKETT, JONES & ELLIOTT, P.A.

By: _____
    Gary F. Traynor (Bar ID #2131)
    J. Clayton Athey (Bar ID #4378)
    1310 King Street

OF COUNSEL:
    Wilmington, Delaware 19801
    (302) 888-6500

HARKE & CLASBY LLP
    gftraynor@prickett.com
Lance A. Harke
    jcathey@prickett.com
Howard M. Bushman
    *Attorneys for Plaintiff*
155 South Miami Avenue, Suite 600
Miami, Florida 33130

Dated: June 21, 2006

19910.1\307234v1

**CERTIFICATE OF SERVICE**

I, J. Clayton Athey, hereby certify that on June 21, 2006, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using CM/ECF, and caused notification of such filing to be sent to the following counsel:

>Karen Jacobs Louden, Esquire
>Morris Nichols Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

>J. Clayton Athey (#4378)
>PRICKETT, JONES & ELLIOTT, P.A.
>jcathey@prickett.com