IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ | ) | |
| | ) | |
| IN RE: METOPROLOL SUCCINATE | ) | C.A. No. 06-71 (GMS) |
| END-PAYOR ANTITRUST | ) | |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |
| DOROTHY FERGUSON, | ) | |
| on behalf of herself and all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-392 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP, | ) | |
| ASTRAZENECA LP, ASTRAZENECA AB | ) | |
| and AKTIEBOLAGET HÄSSLE, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this end-payor action shall be consolidated and coordinated with the related end-payor actions pursuant to Section IV of Pretrial Order No. 1 Regarding End-Payor Actions dated April 5, 2006 ("Pretrial Order No. 1") (D.I. 13 in C.A. No. 06-71 (GMS)).

Pretrial Order No. 1 contemplates that all related end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint, which will be the sole operative complaint for all these actions. The Consolidated Amended Complaint was filed on June 5, 2006 (D.I. 17 in C.A. No. 06-71(GMS)). Pretrial Order No. 1 also states that the Clerk of the Court shall, *inter alia*, make appropriate entry for this action on the master docket (06-71 (GMS)), place a copy of Pretrial Order No. 1 in the separate file for this action, and mail a

copy of the Order of assignment to Liaison counsel and counsel for defendants.  (D.I. 13 at ¶

10).[1]

       Co-Lead Counsel for the other end-payor actions have advised that they have no

objection to the addition of this action to Pretrial Order No. 1.


PRICKETT, JONES & ELLIOTT, P.A.     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ J. Clayton Athey*              */s/ Karen Jacobs Louden*

| | |
|---|---|
| Gary F. Traynor (#2131) | Jack B. Blumenfeld (#1014) |
| J. Clayton Athey (#4378) | Karen Jacobs Louden (#2881) |
| jcathey@prickett.com | Leslie A. Polizoti (#4299) |
| 1310 King Street | klouden@mnat.com |
| P.O. Box 1328 | 1201 N. Market Street |
| Wilmington, Delaware | P.O. Box 1347 |
| (302) 888-6500 | Wilmington, Delaware 19899 |
| Attorneys for plaintiffs | (302) 658-9200 |
| | Attorneys for defendants |


      SO ORDERED this _____ day of _____, 2006.


_____
Judge Gregory M. Sleet


525587

---

[1]    It is unnecessary for the Clerk to mail a copy of Pretrial Order No. 1 to the plaintiffs in this action (¶ 10(c)), as plaintiffs already are in possession of the Order.