IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOROTHY FERGUSON, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-392 (GMS) |
| v. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB and AKTIEBOLAGET HÄSSLE, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hässle to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including August 18, 2006.

This extension is requested because the proposed Stipulation and Order that the parties have filed herewith contemplates that this action will be consolidated with the other end payor actions and that the plaintiffs will file a Consolidated Amended Complaint. The Consolidated Amended Complaint was filed on June 5, 2006 (D.I. 17 in C.A. No. 06-71 (GMS)). The defendants thus would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint. The parties request this extension so that defendants will not be required to respond to the Complaint prior to consolidation of this action with the other end-payor actions.

| PRICKETT, JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ J. Clayton Athey* | */s/ Karen Jacobs Louden* |
| Gary F. Traynor (#2131)<br>J. Clayton Athey (#4378)<br>jcathey@prickett.com<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, Delaware<br>(302) 888-6500<br>Attorneys for plaintiffs | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>Attorneys for defendants |

SO ORDERED this ___ day of _____, 2006.

_____
Judge Gregory M. Sleet

525595