IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: METOPROLOL SUCCINATE<br>END-PAYOR ANTITRUST<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | ) ) ) ) ) ) ) ) ) | C.A. No. 06-71 (GMS) |
| DOROTHY FERGUSON,<br>on behalf of herself and all others<br>similarly situated,<br><br>           Plaintiff,<br><br>           v.<br><br>ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA LP, ASTRAZENECA AB<br>and AKTIEBOLAGET HÄSSLE,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-392 (GMS) |

## STIPULATION AND ORDER

      IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this end-payor action shall be consolidated and coordinated with the related end-payor actions pursuant to Section IV of Pretrial Order No. 1 Regarding End-Payor Actions dated April 5, 2006 ("Pretrial Order No. 1") (D.I. 13 in C.A. No. 06-71 (GMS)).

      Pretrial Order No. 1 contemplates that all related end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint, which will be the sole operative complaint for all these actions. The Consolidated Amended Complaint was filed on June 5, 2006 (D.I. 17 in C.A. No. 06-71(GMS)). Pretrial Order No. 1 also states that the Clerk of the Court shall, *inter alia*, make appropriate entry for this action on the master docket (06-71 (GMS)), place a copy of Pretrial Order No. 1 in the separate file for this action, and mail a

copy of the Order of assignment to Liaison counsel and counsel for defendants. (D.I. 13 at ¶ 10).[1]

Co-Lead Counsel for the other end-payor actions have advised that they have no objection to the addition of this action to Pretrial Order No. 1.

| PRICKETT, JONES & ELLIOTT, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ J. Clayton Athey | /s/ Karen Jacobs Louden |
| Gary F. Traynor (#2131)<br>J. Clayton Athey (#4378)<br>jcathey@prickett.com<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, Delaware<br>(302) 888-6500<br>Attorneys for plaintiffs | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>klouden@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>Attorneys for defendants |

SO ORDERED this 23rd day of June, 2006.

_____
Judge Gregory M. Sleet

525587

---

[1] It is unnecessary for the Clerk to mail a copy of Pretrial Order No. 1 to the plaintiffs in this action (¶ 10(c)), as plaintiffs already are in possession of the Order.